IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| RAYMOND P. GABRIEL, | ) CIVIL NO. 17-00548 JAO-RLP |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER ADOPTING MAGISTRATE ) JUDGE'S FINDINGS AND ) RECOMMENDATION |
| SECURITAS SECURITY SERVICES USA, INC., | ) |
| Defendant. | ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 27, 2019, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Defendant Securitas Security Services USA, Inc.'s Motion to Compel Arbitration and to Stay This Litigation" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, April 16, 2019.

Jill A. Otake
United States District Judge